# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Guy Earl Wall
Wall, Bullington & Cook, LLC
540 Elmwood Park Blvd
Harahan LA 70123

Jonathan Robert Cook
Wall & Bullington
540 Elmwood Park Blvd
New Orleans LA 70123

Paul Edward Bullington
Wall & Bullington
540 Elmwood Park Blvd.
New Orleans LA 70123

Sara Lewis
Wall, Bullington & Cook
540 Elmwood Park Blvd.
Harahan LA 70123

**REHEARING ACTION: May 31, 2017**

**Docket Number: 16    00429-CA**

**SWEET LAKE LAND & OIL CO., LLC
VERSUS
OLEUM OPERATING COMPANY, LC, ET AL.**

**Appealed from Calcasieu Parish Case No. 2010-1272**

**BEFORE JUDGES:**

  Hon. Sylvia R. Cooks
  Hon. John D. Saunders
  Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Sweet Lake Land & Oil Co., LLC** has this day been

  **GRANTED.**  (Opinion on rehearing attached)

cc: Paul Matthew Jones, Counsel for the Appellee
    Brian W. Capell, Counsel for the Appellee
    James Patrick Dore, Counsel for the Appellee
    Alan J. Berteau, Counsel for the Appellee
    Amy Louise deGeneres Berret, Counsel for the Appellee